**TRISTAN F. RIVERA, ESQ.**
Nevada Bar No. 12481
**RIVERA LAW GROUP**
1627 E. Windmill Ln. Ste. 200
Las Vegas, NV 89123
Telephone: (702)550-1232
Facsimile: (702)714-1206
Email: tfr@tristanriveralaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALIZAH TARA DELOS SANTOS, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a Foreign Corporation; DOES 1 through 100; | CASE NO.: 2:26-cv-01576-GMN-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (Submitted In Compliance With LR 26-1 (e) )** |

Plaintiff, ALIZAH TARA DELOS SANTOS (Plaintiff), by and through her counsel of record, RIVERA LAW GROUP PROF. LLC, and Defendant UNITED SERVICES AUTOMOBILE ASSOCIATION ("Defendant"), by and through its counsel of record, SPENCER FANE LLP., hereby stipulate and agree to the following Discovery Plan and Scheduling Order:

1. Meeting: Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on July 15, 2026 and conducted by and between Tristan F. Rivera, Esq. on behalf of Plaintiff and Taylor R. Reeves, Esq. on behalf of Defendant.

2. Pre-Discovery Disclosures: Pursuant to Fed. R. Civ. P. Rule 26(a)(l), the parties will

serve their initial disclosures, including any Computation(s) of Damages required pursuant to Fed. R. Civ. P. 26(a)(i)(A)(iii), within 14 days after the parties' Rule 26(f) conference, or by July 29, 2026.

3. Areas of Discovery: The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. Discovery Cut-Off Date: The last day to conduct discovery, which is one hundred and eighty (180) days from July 20, 2026, shall be January 18, 2027.

5. Amendment of Pleading and Adding Parties: The last day to file any motion(s) to amend pleadings or to add parties, which is ninety (90) days before the discovery cut-off deadline, shall be October 20, 2026.

6. Fed. R. Civ. P. 26(a)(2) Disclosure (Experts):

a. The last day to disclose initial expert witnesses, which is sixty (60) days before the discovery cut-off deadline, shall be November 19, 2026.

b. The last day to disclose rebuttal expert witnesses, which is (30) days after the deadline to disclose initial expert witnesses, shall be December 21, 2026.

7. Dispositive Motions: The last day to file any dispositive motions, which is thirty (30) days after the discovery cut-off deadline, shall be February 17, 2027.

8. Pre-Trial Order: The Joint Pretrial Order shall be filed by March 19, 2027, which is no more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed.

9. Fed. R. Civ. P. 26(a)(3) Disclosures: Unless the discovery plan otherwise provided and the Court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

10. Extensions or Modifications of the Discovery Plain and Scheduling Order: LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off deadline must be made no later than December 28, 2026, 21 days before the discovery cut-off date.

11. Court Conferences: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

12. Format of Discovery: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the ediscovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

13. Rule 35 Medical Examination: Defendant reserves the right to have Plaintiff undergo a Rule 35 medical examination performed by Defendant's doctor(s), at a time to be determined by the parties. Said medical examinations are to proceed pursuant to Rule 35 of the Federal Rules of Civil Procedure. This agreement is not to be construed as a waiver of any valid objections thereto.

14. Alternative Dispute Resolution: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation.

15. Alternative Forms of Case Disposition: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

16. Electronic Evidence: The parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

17. Stipulated Protective Order: The parties have discussed the need for a Stipulated Protective Order and that Defendant will prepare a draft and circulate to Plaintiff.

| RIVERA LAW GROUP | SPENCER FANE LLP. |
|---|---|
| By: */s/ Tristan F. Rivera* 7/21/2026<br>Tristan F. Rivera, Esq. Date<br>Nevada Bar No.: 12481<br>560 Mill St., Suite 202<br>Reno, Nevada 89502<br>Attorneys for Plaintiff | By: */s/Taylor R. Reeves* 7/21/2026<br>Taylor R. Reeves, Esq. Date<br>Nevada Bar No.: 15987<br>300 S. Fourth Street, Suite 1600<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

IT IS SO ORDERD

DATED: July 21, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE