Taylor R. Reeves, Esq.
(NV Bar No. 15987)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com

*Attorneys for USAA General Indemnity Company, incorrectly named United Services Automobile Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALIZAH TARA DELOS SANTOS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a Foreign Corporation; DOES 1 through 100,<br><br>Defendant. | Case No. 2:26-cv-01576-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel that the above-entitled action may be dismissed with prejudice as it relates to claims brought by Plaintiff Alizah Tara Delos Santos ("Plantiff") against Defendant USAA General Indemnity Company ("USAA GIC"), incorrectly named United Services Automobile Association ("USAA"). Each party will bear its own respective attorney's fees incurred therein.

/ / /

/ / /

Dated this 28th day of August, 2026.

**RIVERA LAW GROUP**

/s/ Tristan F. Rivera

Tristan F. Rivera, Esq.
Nevada Bar No. 12481
1627 E. Windmill Lane, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

Dated this 28th day of August, 2026.

**SPENCER FANE LLP**

/s/ Taylor Reeves

Taylor Reeves, Esq.
Nevada Bar No. 15987
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for USAA General Indemnity Company, incorrectly named United Services Automobile Association*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** as it relates to claims brought by Plaintiff Alizah Tara Delos Santos against Defendant USAA General Indemnity Company ("USAA GIC"), incorrectly named United Services Automobile Association ("USAA"), with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Dismiss, (ECF No. 5), is **DENIED** as moot.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 31 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT